Martin H. Karroll, Plaintiff-Appellant, v. Phyllis J. Karroll and Guy Marquis, Defendants-Appellees.

Gen. No. 64–86.

Fifth District.

March 26, 1965.

Joseph W. Hickman, of Benton, for appellant; Elmer Jenkins, of Benton, for appellee. Opinion by JUSTICE GOLDENHERSH. Not to be published in full.